# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CHARLES CHRISTIAN KRIDER,**

    **Petitioner,**

    v.                                        CASE NO. 11-3010-SAC

**EMMALEE CONOVER, et al.,**

    **Respondents.**

**ORDER**

    This matter is before the court upon Respondent's fourth Motion for Extension of Time (Doc. 18) in which to file their Answer and Return. The court has considered the motion and finds that good cause exists for said request.

    This court entered an Order on June 22, 2011, in which it denied Mr. Krider's motion to amend petition. Mr. Krider has since filed two supplements to motions that were denied in that Order. Mr. Krider must carefully re-read the Order entered by the court on June 22, 2011. That order held that he has not filed a proper Amended Petition and advised him as to what he must do to file an Amended Petition. In addition, it discussed the problems presented by any new claims he seeks to add that clearly have not been exhausted in state court. Petitioner's Supplements, Doc. 17 and Doc. 19, are of no effect and will not be considered further herein, since the motions he seeks to supplement were previously denied. The court repeats that petitioner may not raise new claims or make new allegations in this action unless he files a complete Amended Petition on forms

provided by the court that fully addresses the problem that he has not exhausted the claims in state court and that the mixed petition it would create must be dismissed. His filing continuous, purported additions to his petition after a show cause order has issued and without showing exhaustion is improper.

**IT IS THEREFORE BY THE COURT ORDERED** that respondent's motion (Doc. 18) be, and is hereby granted, and respondents are allowed additional time in which to file their Answer and Return, up to and including August 13, 2011.

The clerk is directed to send Mr. Krider another copy of the Order entered on June 22, 2011.

**IT IS SO ORDERED.**

Dated this 12th day of July, 2011, at Topeka, Kansas.

s/Sam A. Crow
U. S. Senior District Judge
